1 | Young Cho
Attorney at Law: 189870
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Michael R. Mahorney

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL R. MAHORNEY, | Case No.: 2:15-cv-01506-CKD |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the deadline in which plaintiff must file his motion for summary judgment and/or remand for a period of 30 days to January 27, 2016, and that all subsequent deadlines set forth in the Court's Scheduling Order. Doc. No. 5.

-1-

This request is made on behalf of counsel for plaintiff who needs additional time to communicate with plaintiff who is not local and who is homeless. Counsel for plaintiff is under the belief that he cannot move forward with this case until he discusses certain substantive issues with plaintiff. Counsel assures the Court that this request is not made for the purposes of delaying litigation of this case. On behalf of plaintiff, the parties request the granting of this request for the proper briefing of this matter.

IT IS SO STIPULATED.

DATE: December 28, 2015        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
_____
Young Cho
Attorney for plaintiff MICHAEL R. MAHORNEY

Date: December 28, 2015        BENJAMIN B. WAGNER
United States Attorney

BY: /s/ *Jennifer Lee Tarn*
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorneys for Defendant CAROLYN W. COLVIN
Acting Commissioner of Social Security

**ORDER**

Approved and so ordered:

Dated: January 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE